173 So. 924

**Walter ROBERTS v. STATE.**

**8 Div. 371.**

Court of Appeals of Alabama.
Jan. 26, 1937.

SAMFORD, Judge.
Appeal dismissed.

175 So. 923

**Red ROBERTSON v. STATE.**

**8 Div. 534.**

Court of Appeals of Alabama.
June 8, 1937.

SAMFORD, Judge.
Affirmed.

165 So. 922

**Steve ROBERTSON v. CITY OF ANNISTON.**

**7 Div. 211.**

Court of Appeals of Alabama.
Feb. 4, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

167 So. 923

**Howard ROBINSON v. STATE.**

**6 Div. 985.**

Court of Appeals of Alabama.
April 7, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

167 So. 923

**Howard ROBINSON v. STATE.**

**6 Div. 988.**

Court of Appeals of Alabama.
April 7, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

165 So. 922

**Ormond ROBINSON v. STATE.**

**6 Div. 813.**

Court of Appeals of Alabama.
Jan. 14, 1936.

BRICKEN, Presiding Judge.
Affirmed.

173 So. 924

**V. F. ROBY v. STATE.**

**8 Div. 488.**

Court of Appeals of Alabama.
Feb. 2, 1937.

SAMFORD, Judge.
Affirmed.

173 So. 924

**V. F. ROBY v. STATE.**

**8 Div. 489.**

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Affirmed.